# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Neste US, Inc.

v.

U.S. Environmental Protection Agency

**Case No:** 23-1240 (consol. 23-1177)

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Neste US, Inc.

### Counsel Information

**Lead Counsel:** Ashley C. Parrish
**Direct Phone:** (202) 626-2627   **Fax:** (202) 626-3737   **Email:** aparrish@kslaw.com

**2nd Counsel:** Ilana Saltzbart
**Direct Phone:** (202) 626-3745   **Fax:** (202) 626-3737   **Email:** isaltzbart@kslaw.com

**3rd Counsel:** Jeremy M. Bylund
**Direct Phone:** (202) 626-5455   **Fax:** (202) 626-3737   **Email:** jbylund@kslaw.com

**Firm Name:** King & Spalding LLP
**Firm Address:** 1700 Pennsylvania Avenue, NW, Suite 900, Washington DC 20006-4707
**Firm Phone:** (202) 737-0500   **Fax:** (202) 626-3737   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)