# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. **CASE NO.** 23-1240 (consol. 23-1177)   2. **DATE DOCKETED:** 09/08/23
3. **CASE NAME** (lead parties only): Neste US, Inc. v. U.S. Environmental Protection Agency
4. **TYPE OF CASE:** ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?** ☐ Yes  ☒ No
   If YES, cite statute: _____
6. **CASE INFORMATION:**
   a. Identify agency whose order is to be reviewed: U.S. Environmental Protection Agency
   b. Give agency docket or order number(s): EPA-HQ-OAR-2021-0427
   c. Give date(s) of order(s): Published July 12, 2023, 88 Fed. Reg. 44468
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled? ____ By whom? ____
      Has the agency acted? ☐ Yes ☐ No  If so, when? ____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioner is a participant in the Renewable Fuel Standard program and is harmed by
      EPA's unlawful, arbitrary, and capricious actions in promulgating the rule.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes  ☐ No  If YES, identify case name(s), docket number(s), and court(s)
      See attached list of consolidated cases.
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes  ☐ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
      See attached list of consolidated cases.
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No  If YES, provide program name and participation dates.

Signature: /s/ Ashley C. Parrish   Date: 10/11/23
Name of Counsel for Appellant/Petitioner: Neste US, Inc.
Address: 1700 Pennsylvania Avenue, NW, Suite 900, Washington, D.C. 20006
E-Mail: aparrish@kslaw.com   Phone: (202) 626-2627   Fax: (202) 756-7411

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Neste US, Inc., <br><br> *Petitioner*, <br><br> v. <br><br> United States Environmental Protection Agency, <br><br> *Respondent*. | No. 23-1240 <br> (consolidated with 23-1177) |

## ADDENDUM TO DOCKETING STATEMENT: LIST OF RELATED CASES

To undersigned counsel's knowledge, the following list of cases involve the same underlying agency order, involve substantially the same issues as the instant case presents, and are pending before this Court:

- *Center for Biological Diversity v. EPA*, No. 23-1177 (D.C. Cir. filed July 13, 2023);

- *American Refining Group, Inc., et al. v. EPA*, No. 23-1243 (D.C. Cir. filed Sept. 8, 2023);

- *REH Company v. EPA*, No. 23-1244 (D.C. Cir. filed Sept. 11, 2023);

- *Clean Fuels Alliance America v. EPA*, No. 23-1245 (D.C. Cir. filed Sept. 11, 2023);

- *Sustainable Advanced Biofuel Refiners Coalition v. EPA*, No. 23-1246 (D.C. Cir., filed Sept. 11, 2022);

- *American Fuel & Petrochemical Manufacturers v. EPA*, No. 23-1247 (D.C. Cir. filed Sept. 11, 2023);

- *Coalition for Renewable Natural Gas LLC v. EPA*, No. 23-1248 (D.C. Cir. filed Sept. 11, 2023);

- *National Wildlife Federation v. EPA*, No. 23-1249 (D.C. Cir. filed Sept. 11, 2023).

Undersigned counsel is not aware of any other cases — beyond those listed above — before the agency, this court, or any other court that challenge the same agency order or that involve substantially the same issues the present case presents.

Dated: October 11, 2023

Respectfully submitted,

*/s/ Ashley C. Parrish*
Ilana Saltzbart
Ashley C. Parrish
 *Counsel of Record*
Jeremy M. Bylund
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
isaltzbart@kslaw.com
aparrish@kslaw.com
jbylund@kslaw.com

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 11, 2023, I electronically filed the foregoing Docketing Statement and Addendum with the Clerk of the Court for the United States Court of Appeals for the District of Columbia using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    */s/ Ashley C. Parrish*
    Ashley C. Parrish

    *Counsel for Petitioner*