## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NESTE US, INC., <br><br> *Petitioner*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> *Respondent*. | No. 23-1240 <br> (consolidated with No. 23-1177) |

## NON-BINDING STATEMENT OF THE ISSUES

Pursuant to this Court's September 11, 2022 Order, Petitioner Neste US, Inc. submits the following non-binding statement of issues:

1.      Whether the United States Environmental Protection Agency ("EPA") acted arbitrarily, capriciously, or in a manner otherwise not in accordance with law when it promulgated the Final Rule titled Renewable Fuel Standard (RFS) Program: Standards for 2023-2025 and Other Changes, 88 Fed. Reg. 44,468 (July 12, 2023).

2.      Whether EPA's interpretation — including agency statements in the related Response to Comments issued in June 2023 — that the regulations require producers to maintain records of the

amount of separated food waste collected at the point of origin is arbitrary, capricious, or otherwise not in accordance with law; is in excess of statutory authority; or was promulgated without observance of procedure required by law.

3.     Whether the regulatory requirement to maintain records of the point of origin where separated food waste is first collected, *see* 40 C.F.R. § 80.1454(j)(1)(ii), is arbitrary, capricious, or otherwise not in accordance with law; is in excess of statutory authority; or was promulgated without observance of procedure required by law.

4.     Whether EPA's new regulatory requirement that Renewable Identification Numbers ("RINs") can be generated only for fuel actually used in the United States as opposed to fuel that is "produced for use" in the United States, 40 C.F.R. § 80.1431(a)(1)(viii), is arbitrary, capricious, or otherwise not in accordance with law; or was promulgated without observance of procedure required by law.

5.     Whether EPA's new position — as reflected in agency statements made in the Response to Comments issued in June 2023 — to disallow self-declarations certifying that the feedstock qualifies as renewable biomass is arbitrary, capricious, or otherwise not in

accordance with law; or was promulgated without observance of procedure required by law.

Dated: October 11, 2023

Respectfully submitted,

*/s/ Ashley C. Parrish*
Ilana Saltzbart
Ashley C. Parrish
 *Counsel of Record*
Jeremy M. Bylund
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
isaltzbart@kslaw.com
aparrish@kslaw.com
jbylund@kslaw.com

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023, I electronically filed the foregoing Non-Binding Statement of Issues to Be Raised with the Clerk of the Court for the United States Court of Appeals for the District of Columbia using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Ashley C. Parrish*
Ashley C. Parrish

*Counsel for Petitioner*