IN THE UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Center for Biological Diversity,<br><br>Petitioner,<br><br>v.<br><br>United States Environmental Protection Agency,<br><br>United States Fish and Wildlife Service, and<br><br>National Marine Fisheries Service,<br><br>Respondents. | Case No. 23-1177 |

PETITIONER'S NON-BINDING STATEMENT OF ISSUES
TO BE RAISED

Pursuant to this Court's Order dated August 23, 2023, Petitioner the Center for Biological Diversity submits the following non-binding statement of issues with respect to their Petition for Review of Respondent the U.S. Environmental Protection Agency's ("EPA") Final Rule issuing annual renewable fuel standards for 2023–2025, 88 Fed. Reg. 44,468 (July 12, 2023); U.S. Fish and Wildlife Service's "No Effect" Determination and Concurrence[1] with the EPA's "May

---

[1] Letter to Sarah Dunham, U.S. Env't Prot. Agency from Craig Aubrey, U.S. Fish & Wildlife Serv. (August 3, 2023) (rulemaking docket Doc. No. EPA-HQ-OAR-2021-0427-1144).

Affect, Not Likely to Adversely Affect" Determination for the Final Rule; and the National Marine Fisheries Service's Concurrence[2] with the EPA's "May Affect, Not Likely to Adversely Affect" Determination for the Final Rule:

1. Whether the U.S. Environmental Protection Agency violated the Endangered Species Act ("ESA"), 16 U.S.C. § 1536(a)(2), by failing to complete consultation with the U.S. Fish and Wildlife Service or the National Marine Fisheries Service to insure against jeopardy to the continued existence of federally listed species and the destruction or adverse modification of critical habitat before promulgating its Final Rule issuing annual renewable fuel standards for 2023, 2024, and 2025;

2. Whether EPA's Final Rule setting the 2023, 2024, and 2025 renewable fuel standards, including its reliance on its own ESA 7(d) Determination,[3] violates the ESA, 16 U.S.C. § 1536(d), and was arbitrary and capricious under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706;

3. Whether the U.S. Fish & Wildlife Service and National Marine Fisheries Service violated the ESA, 16 U.S.C. § 1536(a)(2), by failing to complete consultation to insure against jeopardy to the continued existence of

---

[2] Letter to Sarah Dunham, U.S. Env't Prot. Agency from Tanya Dobrzynski, Nat'l Marine Fisheries Serv. (July 27, 2023) (rulemaking docket Doc. No. EPA-HQ-OAR-2021-0427-1133).

[3] Memo to Docket No. EPA-HQ-OAR-2021-0427 regarding Endangered Species Act Section 7(d) Determination with Respect to the Issuance of the Renewable Fuel Standard Program: Standards for 2023–2025 and Other Changes (June 16, 2023) (authored by Sarah Dunham, U.S. Env't Prot. Agency; rulemaking docket Doc. No. EPA-HQ-OAR-2021-0427-1112).

federally listed species and the destruction or adverse modification of critical habitat with EPA prior to the issuance of the EPA's Final Rule issuing annual renewable fuel standards for 2023, 2024, and 2025;

4. Whether U.S. Fish & Wildlife Service's determination that the EPA's Final Rule issuing annual renewable fuel standards for 2023, 2024, and 2025 has "no effect" on any threatened or endangered species or designated critical habitat was arbitrary and capricious in violation of the APA, 5 U.S.C. § 706; and

5. Whether the National Marine Fisheries Service determination that the EPA's Final Rule issuing annual renewable fuel standards for 2023, 2024, and 2025 was "not likely to adversely affect" any threatened or endangered species or adversely modify designated critical habitat was arbitrary and capricious in violation of the APA, 5 U.S.C. § 706.

Respectfully submitted this 23rd day of October 2023,

/s/ Margaret A. Coulter
Margaret A. Coulter
(DC Bar No. 1034249)
mcoulter@biologicaldiversity.org
(202) 961-4820

Jason C. Rylander
(DC Bar No. 474995)
jrylander@biologicaldiversity.org
(202) 744-2244

CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street NW, Suite 1300
Washington, DC 20005

*Attorneys for Petitioner Center for Biological Diversity*

## CERTIFICATE OF SERVICE

I hereby certify, in accordance with Rules 15(c) and 25(a)(2)(B) of the Federal Rules of Appellate Procedure, that on October 23, 2023, a true and complete copy of the foregoing Non-Binding Statement of Issues to be Raised was e-filed with the Clerk of the Court using the CM/ECF system.

Respectfully submitted this 23rd day of October 2023,

*/s/ Margaret A. Coulter*
Margaret A. Coulter