# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1177**                            **September Term, 2023**

EPA-88FR44468

**Filed On:** December 1, 2023

Center for Biological Diversity,

       Petitioner

       v.

Environmental Protection Agency, et al.,

       Respondents

------------------------------

American Petroleum Institute, et al.,
           Intervenors

------------------------------

Consolidated with 23-1240, 23-1243, 23-1244, 23-1246, 23-1247, 23-1249

**O R D E R**

      It appearing that these consolidated cases present potential problems of duplicative briefing, it is

      **ORDERED**, on the court's own motion, that the parties submit by January 2, 2024, proposed formats for the briefing of these cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                          BY:     /s/
                                  Emily Campbell
                                  Deputy Clerk