# United States Court of Appeals
## For The District of Columbia Circuit

─────────────

**No. 23-1177**　　　　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　　　　EPA-88FR44468

　　　　　　　　　　　　　　　　　　**Filed On:** February 14, 2024

Center for Biological Diversity,

　　　　Petitioner

　　v.

Environmental Protection Agency, et al.,

　　　　Respondents

------------------------------

American Petroleum Institute, et al.,
　　　　　Intervenors
------------------------------

Consolidated with 23-1240, 23-1243, 23-1244, 23-1246, 23-1247, 23-1249

　　　　**BEFORE:**　　Katsas, Rao, and Garcia, Circuit Judges

## O R D E R

　　Upon consideration of the motions for reconsideration of the court's January 16, 2024 briefing order, and the responses thereto, it is

　　**ORDERED** that the following revised briefing format and schedule will apply in these consolidated cases:

| | |
|---|---|
| Joint Brief of Obligated Party Petitioners (not to exceed 11,000 words) | March 22, 2024 |
| Joint Brief of Environmental Petitioners (not to exceed 8,000 words) | March 22, 2024 |
| Briefs of Renewable Energy Petitioners (up to 2 briefs, not to exceed 11,000 words total) | March 22, 2024 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1177**                                    **September Term, 2023**

| | |
|---|---|
| Brief of Respondents (not to exceed 30,000 words) | June 28, 2024 |
| Joint Briefs of Intervenors for Respondents (up to 4 briefs, not to exceed 13,500 words total) | July 19, 2024 |
| Joint Reply Brief of Obligated Party Petitioners (not to exceed 5,500 words) | August 20, 2024 |
| Joint Reply Brief of Environmental Petitioners (not to exceed 4,000 words) | August 20, 2024 |
| Reply Briefs of Renewable Energy Petitioners (up to 2 briefs, not to exceed 5,500 words total) | August 20, 2024 |
| Deferred Joint Appendix | August 27, 2024 |
| Final Briefs | September 6, 2024 |

**Per Curiam**

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

            BY:     /s/
                       Selena R. Gancasz
                       Deputy Clerk