ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **REH COMPANY,** )<br>)<br>**Petitioner** )<br>)<br>v. )<br>)<br>**UNITED STATES ENVIRONMENTAL** )<br>**PROTECTION AGENCY,** )<br>)<br>**Respondent** )<br>)<br>) | Case No. 23-1244<br>(and consolidated cases) |

## PETITIONER REH COMPANY'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS PETITION FOR REVIEW

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and D.C. Circuit Rules 27(g) and 42, Petitioner REH Company ("REH") respectfully moves the Court for an order dismissing the above-captioned petition for review with prejudice. These consolidated cases challenge a final rule issued by EPA, entitled "Renewable Fuel Standard (RFS) Program: Standards for 2023-2025 and Other Changes," 88 Fed. Reg. 44468 (July 12, 2023) ("Set Rule"). Counsel for Respondent U.S. Environmental Protection Agency ("EPA") does not oppose voluntary dismissal with prejudice, and the parties have agreed that each side shall bear its own costs and fees.

Dismissing REH's petition for review will not prejudice the remaining parties. All the arguments (save one, discussed further below) in the March 22,

2024, joint opening brief of the refining petitioners are shared by the refining petitioners who will remain in the case. *See generally* ECF No. 2046440 ("Opening Brief").

And although briefing is underway, *see* Order, ECF No. 2035683 (Jan. 16, 2024) (scheduling EPA's response brief for June 28, 2024), EPA does not oppose this motion and voluntary dismissal of REH's petition would simplify the issues in the case. Without REH in the case and considering the Court's May 14, 2024, opinion addressing substantially the same arguments, the petitioners that joined REH in Part III.B.5 of the Opening Brief[1] have authorized REH to state that they will not pursue a ruling from the Court on this issue. *Compare Sinclair Wyoming Refining Co. LLC v. EPA*, 101 F.4th 871, 896 (D.C. Cir. May 14, 2024) *with* ECF No. 2046440 at 47-50.

For all these reasons, REH respectfully requests that this Court grant its motion to dismiss its petition for review.

---

[1] All the refining petitioners (the Small Refineries Coalition; Countrymark Refining and Logistics, LLC; The San Antonio Refinery LLC; and Wynnewood Refining Co., LLC) save American Fuel and Petrochemical Manufacturers joined Part III.B.5.

-3-

Dated:   June 26, 2024                Respectfully submitted,

   /s/  *Jeffrey R. Holmstead*
Jeffrey R. Holmstead
Brittany M. Pemberton
BRACEWELL LLP
2001 M Street NW
Suite 900
Washington, DC 20006
(202) 828-5800 (telephone)
(800) 404-3970 (facsimile)
Jeff.Holmstead@bracewell.com
Brittany.Pemberton@bracewell.com

***Counsel for Petitioner***
***REH Company***

**Certificate of Compliance With Type-Volume Limitation, Typeface Requirements, And Type Style Requirements**

1. This document complies with the length limitation of Fed. R. App. P. 27(d)(2)(A):

    ☒ this brief contains 321 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f)

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this brief has been prepared in a proportionally spaced typeface using (*state name and version of word processing program*)
    **Microsoft® Word for Microsoft 365 MSO**
    (*state font size and name of type style*)
    **Times New Roman, 14 pitch font**

Dated:  June 26, 2024          Respectfully submitted,

　　　　　　　　　　　　　　　 */s/ Jeffrey R. Holmstead*
　　　　　　　　　　　　　　　Jeffrey R. Holmstead
　　　　　　　　　　　　　　　Brittany M. Pemberton
　　　　　　　　　　　　　　　BRACEWELL LLP
　　　　　　　　　　　　　　　2001 M Street NW
　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　(202) 828-5800 (telephone)
　　　　　　　　　　　　　　　(800) 404-3970 (facsimile)
　　　　　　　　　　　　　　　Jeff.Holmstead@bracewell.com
　　　　　　　　　　　　　　　Brittany.Pemberton@bracewell.com

　　　　　　　　　　　　　　　***Counsel for Petitioner***
　　　　　　　　　　　　　　　***REH Company***

# **CERTIFICATE OF SERVICE**

Pursuant to FRAP Rules 25(b) through (d), I hereby certify that on this 26th day of June, 2024, I electronically filed the foregoing *Petitioner REH Company's Unopposed Motion For Voluntary Dismissal* with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system upon on all ECF-registered counsel.

    */s/ Jeffrey R. Holmstead*
Jeffrey R. Holmstead
Brittany M. Pemberton
BRACEWELL LLP
2001 M Street NW
Suite 900
Washington, DC 20006
(202) 828-5800 (telephone)
(800) 404-3970 (facsimile)
Jeff.Holmstead@bracewell.com
Brittany.Pemberton@bracewell.com

***Counsel for Petitioner
REH Company***