# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-1177** | **September Term, 2023** |
| | EPA-88FR44468 |
| | **Filed On:** July 16, 2024 |

Center for Biological Diversity,

      Petitioner

    v.

Environmental Protection Agency, et al.,

      Respondents

------------------------------

American Petroleum Institute, et al.,
              Intervenors

------------------------------

Consolidated with 23-1240, 23-1243, 23-1246, 23-1247, 23-1249

## O R D E R

Upon consideration of the unopposed motion for leave to participate as amicus curiae in support of respondents filed by David Clay, Kenneth Copenhaver, Isaac Emery, Stephen Kaffka, Madhu Khanna, Keith Kline, Steffen Mueller, and Dev Shrestha, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged amicus brief.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                      BY:    /s/
                                Erica Thorner
                                Deputy Clerk