# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-1177** | **September Term, 2023** |
| | EPA-88FR44468 |
| | Filed On: August 15, 2024 [2070289] |

Center for Biological Diversity,

      Petitioner

    v.

Environmental Protection Agency, et al.,

      Respondents

------------------------------

American Petroleum Institute, et al.,
              Intervenors

------------------------------

Consolidated with 23-1240, 23-1243, 23-1246, 23-1247, 23-1249

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on November 1, 2024, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

    The time and date of oral argument will not change absent further order of the Court.

    A separate order will be issued regarding the allocation of time for argument.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                        BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)