# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1177**                             **September Term, 2024**

EPA-88FR44468

**Filed On: August 12, 2025** [2129788]

Center for Biological Diversity,

    Petitioner

    v.

Environmental Protection Agency, et al.,

    Respondents

------------------------------

American Petroleum Institute, et al.,
               Intervenors

------------------------------

Consolidated with 23-1240, 23-1243, 23-1246, 23-1247, 23-1249

## M A N D A T E

In accordance with the judgment of June 20, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                          **FOR THE COURT:**
                                                          Clifton B. Cislak, Clerk

                                    BY:    /s/
                                                     Daniel J. Reidy
                                                     Deputy Clerk

Link to the judgment filed June 20, 2025